**STATE of Missouri, Respondent,**

v.

**Arnell EDWARDS, Appellant.**

No. 72604.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 7, 1998.

Irene Karns, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Arnell Edwards, Defendant, appeals from the judgment entered after a jury convicted him of possession of a controlled substance in violation of section 195.292, RSMo 1994, and unlawful use of a weapon in violation of section 571.030, RSMP Cum.Supp.1997. Defendant appeals only his conviction for unlawful use of a weapon, claiming insufficient evidence.

We have reviewed the briefs of the parties and the record on appeal and find sufficient evidence from which a reasonable juror might have found the defendant guilty beyond a reasonable doubt. *State v. Grim,* 854 S.W.2d 403, 405 (Mo. Banc 1993). A written opinion would serve no jurisprudential purpose and we affirm by summary order pursuant to Rule30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment.